JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARC DEANDA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 5:24-cv-00322-SRM-DTB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Honorable Serena R. Murillo<br>United States District Judge |

1  IT IS HEREBY ORDERED that, pursuant to the separately filed Joint Stipulation
2  for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed
3  with prejudice. Each party shall bear its own costs, fees, and expenses.

5  Dated: September 4, 2025

_____
HON. SERENA R. MURRILLO
UNITED STATES DISTRICT JUDGE